```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 09243
   MARY JOYCE NUNN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-3767


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/15/2005 and was confirmed 04/28/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 02/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED          10000.00         2012.32       4026.67
BLOCKBUSTER                UNSECURED        NOT FILED         .00            .00
CAPITAL ONE BANK           UNSECURED          601.21          .00            .00
CHICAGOLAND EMERGENCY PH   UNSECURED        NOT FILED         .00            .00
CHICAGOLAND EMERGENCY PH   UNSECURED        NOT FILED         .00            .00
COMMONWEALTH EDISON        NOTICE ONLY      NOT FILED         .00            .00
COMMONWEALTH EDISON        UNSECURED         1235.62          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         2294.96          .00            .00
COLLINS FINANCIAL SERVIC   UNSECURED          597.56          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1465.89          .00            .00
ORCHARD BANK               UNSECURED        NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED         .00            .00
PORTGAGE PK ANIMAL HOSPI   UNSECURED        NOT FILED         .00            .00
PROFESSIONAL ANESTHESIA    UNSECURED        NOT FILED         .00            .00
SENEX SERVICES             NOTICE ONLY      NOT FILED         .00            .00
SEVENTH AVENUE             UNSECURED        NOT FILED         .00            .00
WEST SUBURBAN PROFESSION   UNSECURED        NOT FILED         .00            .00
WEST SUBURBAN HOSPITAL     UNSECURED        NOT FILED         .00            .00
WEST SUBURBAN HOSPITAL M   UNSECURED        NOT FILED         .00            .00
WEST SUBURBAN HOSPITAL M   UNSECURED        NOT FILED         .00            .00
WORLDCOM WIRELESS          UNSECURED        NOT FILED         .00            .00
HSBC AUTO FINANCE          UNSECURED         3114.63          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         2310.63          .00            .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY       2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                           511.01
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   9,250.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 09243 MARY JOYCE NUNN
```

```
PRIORITY                                                                  .00
SECURED                                                              4,026.67
      INTEREST                                                       2,012.32
UNSECURED                                                                 .00
ADMINISTRATIVE                                                       2,700.00
TRUSTEE COMPENSATION                                                   511.01
DEBTOR REFUND                                                             .00
                                           ----------------    ----------------
TOTALS                                            9,250.00            9,250.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                          /s/ Tom Vaughn
    Dated: 05/27/08                       _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE
```